COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Rosenblatt Law Firm

Appellate case number:   01-20-00181-CV

Trial court case number: 2019CI15282

Trial court:             55th District Court of Harris County

Relator, Rosenblatt Law Firm, has filed a petition for writ of mandamus challenging the trial court's December 4, 2019 order denying relator's Rule 91a motion to dismiss. The Court requests that the real party in interest file a response to the petition for writ of mandamus by no later than **March 18, 2020**.

It is so ORDERED.

Judge's signature: ___/s/ Sarah B. Landau_____
                              Acting individually

Date:   __February 27, 2020___